# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

FRIENDS OF ANIMALS                                    Civil Action No. 18-cv-1544-WYD

Petitioner,

v.

UNITED STATES FISH AND WILDLIFE SERVICE, *ET AL.,*

Respondents.

## NOTICE

Pursuant to the Court's January 17, 2019 Order, ECF 23, the United States of America hereby provides notice that appropriations were restored effective 10 p.m. January 25, 2019. Department of Justice attorneys resumed usual civil functions on Monday, January 28, 2019. The undersigned Department of Justice attorney files this notice today because she was on scheduled leave on January 28, 2018. The United States is taking steps to comply with provision 6 of the Settlement Agreement.

DATED: January 29, 2019

                                      Respectfully submitted,

                                      JEAN E. WILLIAMS,
                                      Deputy Assistant Attorney General
                                      SETH M. BARSKY, Chief
                                      MEREDITH L. FLAX, Assistant Chief
                                      RICKEY D. TURNER, JR., Trial Attorney

/s/ Mary Hollingsworth
MARY HOLLINGSWORTH
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-1898
Email: mary.hollingsworth@usdoj.gov

*Attorneys for Federal Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that today I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

/s/ Mary Hollingsworth
MARY HOLLINGSWORTH